IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE MURRY JUQAN DEMETRICES
MUHUMMAD
ADC #097878                                                                PLAINTIFF

v.                        No. 4:24-cv-934-DPM-JJV

JAMES SHIPPMAN, Unit Warden, Tucker
Max Security, ADC; MARICE
CULCULGAR, Assistant Warden, Tucker
Max Security, ADC; JAMES F. BECK,
Medical Doctor, Tucker Max Security,
ADC; BESELY, Security Sergeant, Tucker
Max Security, ADC; SHEQUILA
JOHNSON, Shift Captain, Tucker Max
Security, ADC; and ROBION LASHAY
COLLIONS, Mail Supervisor, Tucker Max
Security, ADC                                                              DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 5*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Muhummad's motion for a temporary restraining order, *Doc. 4*, is denied. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025

-2-