IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE MURRY JUQAN DEMETRICES
MUHUMMAD
ADC #097878                                                              PLAINTIFF

v.                          No. 4:24-cv-934-DPM-JJV

JAMES SHIPPMAN, Unit Warden, Tucker
Max Security, ADC; MARICE
CULCULGAR, Assistant Warden, Tucker
Max Security, ADC; JAMES F. BECK,
Medical Doctor, Tucker Max Security,
ADC; BESELY, Security Sgt., Tucker Max
Security, ADC; SHEQUILA JOHNSON,
Shift Captain, Tucker Max Security, ADC;
and ROBION LASHAY COLLIONS, Mail
Supervisor, Tucker Max Security, ADC                                     DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2025