IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE MURRY JUQAN DEMETRICES
MUHUMMAD
ADC #097878                                                                    PLAINTIFF

v.                       No. 4:24-cv-934-DPM-JJV

JAMES SHIPPMAN, Unit Warden, Tucker
Max Security, ADC; MARICE
CULCULGAR, Assistant Warden, Tucker
Max Security, ADC; JAMES F. BECK,
Medical Doctor, Tucker Max Security,
ADC; BESELY, Security Sgt., Tucker Max
Security, ADC; SHEQUILA JOHNSON,
Shift Captain, Tucker Max Security, ADC;
and ROBION LASHAY COLLIONS, Mail
Supervisor, Tucker Max Security, ADC                                          DEFENDANTS

## JUDGMENT

Muhummad's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2025